UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

JOSEPH LYNCH,

     Plaintiff,

v.

P & B CAPITAL GROUP, LLC,
ADVANCED CREDIT RECOVERY INCORPORATED,
and NATIONAL CREDIT ADJUSTERS, LLC,

     Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.     Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA").

## JURISDICTION AND VENUE

2.     This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k.  Venue in this District is proper because Plaintiff resides here and Defendants, P & B CAPITAL GROUP, LLC and ADVANCED CREDIT RECOVERY INCORPORATED, placed telephone calls and sent letters into this District on behalf of Defendant, NATIONAL CREDIT ADJUSTERS, LLC.

## PARTIES

3.     Plaintiff, JOSEPH LYNCH, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4.     Defendant, P&B CAPITAL GROUP, LLC, ("P&B CAPITAL") is a limited liability company. All its members are citizens of the State of New York with its principal place of business at Suite 100, 369 Washington Street, Buffalo, New York 14203.

5.     Defendant, ADVANCED CREDIT RECOVERY INCORPORATED, ("ACR") is a corporation and citizen of the State of New York with its principal place of business at Suite 1E, 6000 North Bailey Avenue, Amherst, New York 14226.

6.     Defendant, NATIONAL CREDIT ADJUSTERS, LLC ("NATIONAL CREDIT") is a limited liability company.  All of its members are citizens of the State of Kansas with its principal place of business at 327 West 4th Street, Hutchinson, Kansas 67501.

7.     Defendant, P&B CAPITAL, regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

8.     Defendant, ACR, regularly uses the mail and telephone in a business, the principal purpose of which is the collection of debts.

9.     Defendant, NATIONAL CREDIT, regularly uses the mail and telephone in a business, the principal purpose of which is the collection of debts.

10.     Defendant, P&B CAPITAL, regularly collects or attempts to collect debts for other parties.

11.     Defendant, ACR, regularly collects or attempts to collect debts for other parties.

12.     Defendant, NATIONAL CREDIT, regularly collects or attempts to collect debts for other parties.

13.     Defendant, P&B CAPITAL, is a "debt collector" as defined in the FDCPA.

14.     Defendant, ACR, is a "debt collector" as defined in the FDCPA.

15.     Defendant, NATIONAL CREDIT, is a "debt collector" as defined in the FDCPA.

16.     At all times material to the allegations of this complaint, Defendant, P&B CAPITAL, was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

17.     At all times material to the allegations of this complaint, Defendant, ACR, was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

18.     At all times material to the allegations of this complaint, Defendant, NATIONAL CREDIT, was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

19.     Defendant, NATIONAL CREDIT, authorized Defendant, P&B CAPITAL, to collect the alleged debt from Plaintiff by placing telephone calls and sending letters on its behalf to Plaintiff.

20.     Defendant, P&B CAPITAL, placed telephone calls to Plaintiff in an effort to collect the alleged debt on behalf of NATIONAL CREDIT.

21.     Defendant, NATIONAL CREDIT, conveyed information to Plaintiff regarding the alleged debt through Defendant, P&B CAPITAL'S telephone calls to Plaintiff.

22.     Defendant, NATIONAL CREDIT, authorized Defendant, ACR, to collect the alleged debt from Plaintiff by placing telephone calls on its behalf to Plaintiff.

23.     Defendant, ACR, placed telephone calls to Plaintiff in an effort to collect the alleged debt on behalf of NATIONAL CREDIT.

24.     Defendant, NATIONAL CREDIT, conveyed information to Plaintiff regarding the alleged debt through Defendant, ACR'S telephone calls to Plaintiff.

25.     By virtue of its status as a debt collector, NATIONAL CREDIT, is vicariously liable to Plaintiff for both Defendant, P&B CAPITAL and ACR's, violations of the FDCPA. See _Pollice v. National Tax Funding, L.P._, 225 F.3d 379, 405 (3d Cir. Pa. 2000); _McCorriston v. L.W.T., Inc._, 2008 U.S. Dist. LEXIS 60006,

11-12 (M.D. Fla. Aug. 7, 2008); *Schutz v. Arrow Fin. Servs., LLC*, 465 F. Supp. 2d 872, 876 (N.D. Ill. 2006).

## FACTUAL ALLEGATIONS REGARDING P&B CAPITAL, LLC

26.     Defendant, P&B CAPITAL sought to collect from Plaintiff an alleged debt arising from transactions engaged in for personal, family or household purposes.

27.     Defendant, P&B CAPITAL, left the following messages on Plaintiff's voice mail on her cellular telephone service on or about the dates stated:

May 12, 2010 at 5:32 PM
Hi Joseph Lynch, Sean Morrissey calling with the offices of P & B Capital Group regarding your file 1509583.  So my client has instructed me to make a final recommendation on your behalf, uh, very important you contact me and discuss what voluntary options you have remaining.  Be reached directly at 716-558-5803.  Thank you.

May 18, 2010 at 12:20 PM – Pre-Recorded Message
Once again if you are this person, dial 9 now.  If you are not this person please hang up now.  The P&B Capital Group offices can be contacted at 1-888-569-9635. Once again that number is 1-888-569-9635.  Thank you. Hello this call is being made in effort to contact Joseph M. Lynch. If you are this person press 9 on your keypad now. Once again if you are this person, dial 9 now.  If you are not this person please hang up now.  The P&B Capital Group offices can be contacted at 1-888-569-9635. Once again that number is 1-888-569-9635.  Thank you.

May 20, 2010 at 1:00 PM – Pre-Recorded Message
Once again if you are this person, dial 9 now.  If you are not this person please hang up now.  The P&B Capital Group offices can be contacted at 1-888-569-9635. Once again that number is 1-888-569-9635.  Thank you. Hello this call is being made in effort to contact Joseph M. Lynch. If you are this person, press 9 on your keypad now. Once again if you are this person,

dial 9 now.  If you are not this person please hang up now.  The P&B Capital Group offices can be contacted at 1-888-569-9635. Once again that number is 1-888-569-9635.  Thank you.

May 26, 2010 at 1:16 PM
This message is intended for Joseph Lynch. It is imperative that you or if you have an attorney representing you contact this office no later than Thursday May 27, 2010 at 813-384-2924 regarding claim number 1509583.

May 28, 2010 at 9:43 AM
This message is intended for Broward County resident, Joseph Lynch. Joseph it is imperative that you return this call immediately at area code 813-579-9382.  Joseph, there has been a very important decision rendered on your behalf, refer to claim number 1509-583.  Joseph, this situation does require an immediate voluntary response from you or your attorney no later that 2 o'clock Eastern Standard Time on Saturday May 29th. Thank you.

May 28, 2010 at 10:04 AM – Pre-Recorded Message
Keypad now. Once again if you are this person, dial 9 now.  If you are not this person please hang up now.  The P&B Capital Group offices can be contacted at 1-888-569-9635. Once again that number is 1-888-569-9635.  Thank you.  Hello this call is being made in effort to contact Joseph M. Lynch. If you are this person press 9 on your keypad now. Once again if you are this person, dial 9 now.  If you are not this person please hang up now. The P&B Capital Group offices can be contacted at 1-888-569-9635. Once again that number is 1-888-569-9635.  Thank you.

June 3, 2010 at 10:30 AM
This is Andrew Farmley with the office of P&B Capital calling regarding claim number 1496-495 that has been forwarded to my office for a Joseph Lynch.  Joseph, you or your attorney need to contact this office immediately. If you do, sir, have any intentions on trying to rectify this matter voluntarily you can reach my office at 1-866-660-627 at extension 205. Thank you.

June 8, 2010 at 3:19 PM
This is Andrew Farmley with the office of P&B Capital calling again regarding claim number 1496-495 that has been forwarded to my office for a Joseph Lynch.  Joseph, you or your attorney need to contact this office immediately.  If you do, sir, have any intentions on trying to rectify this

matter voluntarily or to make any statements on your behalf, you can reach my office at 1-866-660-1627 at extension 205. Thank you.

<u>June 10, 2010 at 4:53 PM</u>
This message is intended for Joseph Lynch. Mr. Lynch my name is Mildred Jacobs, I am with the office of P&B Capital. I've been forwarded, uh, a claim to my office for review and I need to forward a recommendation on this. It involves you and I'd like to discuss it with you first before I even make a recommendation so please contact me at 866-660-1627 extension 237. The claim number is 1509583. Thank you.

<u>June 17, 2010 at 2:16 PM</u>
This is the final attempt to contact Broward County Resident Joseph Lynch, this is Andrew Farmley with the office of P & B Capital regarding claim number 1496-495. Joseph, you or your attorney need to contact this office no later than Monday June 21st. If you do, sir, have any last intentions on trying to rectify this matter voluntarily or to make any final statements on your behalf, you can reach my office at 1-866-660-1627 at extension 205. Thank you.

<u>June 25, 2010 at 12:05 PM</u>
Hi Joe Lynch, this is John Moore calling, I'm trying to get in touch with you regarding some paper work that was transferred to me this morning. This is not a sales or telemarketing call, Joe, it is, it does need your immediate attention. I need a call back from you today Friday June the 25th by 5 PM. Call me on the same number as on the caller ID 888-569-9635 extension 126, John Moore. Have your file number written down Mr. Lynch 1496495. You're not going to have too many opportunities to get this matter resolved Joe, you need to call me back today.

<u>June 28, 2010 at 11:18 AM – Pre-Recorded Message</u>
Once again if you are this person, dial 9 now. If you are not this person please hang up now. The P&B Capital Group offices can be contacted at 1-888-569-9635. Once again that number is 1-888-569-9635. Thank you. Hello this call is being made in effort to contact Joseph M. Lynch. If you are this person press 9 on your keypad now. Once again if you are this person, dial 9 now. If you are not this person please hang up now. The P&B Capital Group offices can be contacted at 1-888-569-9635. Once again that number is 1-888-569-9635. Thank you.

<u>July 10, 2010 at 10:21 AM</u>
This call is for Joseph Lynch, please call Russ with the P & B Capital Group, 866-660-1627 extension 239, claim number 1509583. It's extremely important you contact the office.

<u>July 16, 2010 at 12:32 PM</u> – Pre-Recorded Message
Once again if you are this person, dial 9 now. The P&B Capital Group offices can be contacted at 1-888-569-9635. Once again that number is 1-888-569-9635. Thank you. Hello this call is being made in effort to contact Joseph M. Lynch. If you are this person press 9 on your keypad now. Once again if you are this person, dial 9 now. The P&B Capital Group offices can be contacted at 1-888-569-9635. Once again that number is 1-888-569-9635. Thank you.

<u>July 17, 2010 at 10:23 AM</u>
Good morning this message is meant solely for Joseph M. Lynch, my name is Eli Pagan, I'm representing P & B Capital Group. It's very important that I speak to you and I make sure you're aware of the situation I'm handling here in my office. A written notification has been sent out a 9061 Sunrise Lakes Boulevard, Apartment 116 in Sunrise Florida. Please return my call, I do need to get a statement from you. My toll-free number is 888-569-9635, my extension is 128 and please refer to file number 1509583. Thank you.

<u>July 30, 2010 at 10:54 AM</u>
This message is, uh, solely intended for a Joseph Lynch. My name is Marco Corchado, I am calling from the office of P & B Capital Group. This call is in regards to uh, your file that's here, um (inaudible) going into a meeting and uh, these are to be reviewed before, though. Uh, that is uh, file number 1509583. Uh, if you could please give me a call here in the office, uh at 1-888-569-9635 my extension is 138. Be here, uh, in the office until uh, 4 PM Eastern Standard Time, uh, please keep in mind this is a time sensitive, uh, issue or matter. Uh, and, uh, please keep in mind also this is not a sales or solicitation call, uh, just important you return the call as soon as you get the message. Once again, that's Marco Corchado, P & B Capital, 1-888-569-9635 extension 138. Thanks.

<u>August 2, 2010 at 12:21 PM</u>
**Pre-Recorded Message:** By continuing to listen to this message, you acknowledge you are Joseph M. Lynch. You may dial 9 on your keypad at any time during this communication to speak to a representative

immediately.  This is P&B Capital Group calling regarding file number 1509583.  Federal law requires us to inform you that this communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose. Please dial 9 on your keypad now or call us back at 1-888-569-9635 and refer to file number 1509583.  Our office will be open till 9 PM Eastern. Thank you.  This message is solely intended for Joseph M. Lynch.  If you are not this person, please hang up now. There will now be a three second pause. By continuing to listen to this message, you acknowledge you are Joseph M. Lynch.  You may dial 9 on your keypad at any time during this communication to speak to a representative immediately.  This is P&B Capital Group calling regarding file number 1.

**Human Caller:** Hello? Hello? Hello?

August 4, 2010 at 10:56 AM – Pre-Recorded Message
By continuing to listen to this message, you acknowledge you are Joseph M. Lynch. You may dial 9 on your keypad at any time during this communication to speak to a representative immediately. This is P & B Capital Group calling regarding file number 1509583. Federal Law requires us to inform you that this communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose. Please dial 9 on your keypad now or call us back at 1-888-569-9635 and refer to file number 1509583. Our office will be open until 9 PM Eastern Time. Thank you. This message is solely intended for Joseph M. Lynch. If you are not this person, please hang up now. There will now be a three second pause. By continuing to listen to this message, you acknowledge you are Joseph M. Lynch. You may dial 9 on your keypad at any time during this communication to speak to a representative immediately. This is P & B Capital Group calling regarding file number 1509583. Federal Law requires us to inform you that this communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose. Please dial 9 on your keypad now or call us back at 1-888-569-9635 and refer.

August 7, 2010 at 10:42 AM
This message is for Joseph Lynch. This is Sara with P & B Capital.  Please contact me at 866-660-1627. My extension here is 230 and your claim number is 1509583.  Thank you and have a good day.

August 9, 2010 at 2:24 PM

9

This message is for solely intended for Joseph Lynch, this is Sienna Taliber calling on behalf of P&B Capital Group.  Federal law requires me to inform you that this communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.  Please return the phone call at 1-800-840-9166. Thank you.

August 10, 2010 at 11:30 AM
Hi Joseph, Joseph Lynch, this is Nancy Stevens calling with the offices of P & B on behalf of claim file 15095-83. So we're trying to discuss proposals in which have been prepared before we can make any final recommendations on your behalf. You may contact this office at 813-579-9383. Thank you.

August 18, 2010 at 11:49 AM
**Pre-Recorded Message:** By continuing to listen to this message, you acknowledge you are Joseph M. Lynch.  You may dial 1 on your keypad at any time during this communication to speak to a representative immediately.  This is P&B Capital Group calling regarding file number 1509583.  Federal law requires us to inform you that this communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose. We now have a settlement offer available to you. Press 1 on your keypad to discuss the matter with one of our representatives immediately or please call us back at 1-888-569-9635 and refer to file number 1509583.  Our office will be open until 9 PM Eastern Standard Time.  Thank you.  Hello this call is being made in an effort to contact Joseph M. Lynch.  If you are not this person, please hang up now. There will now be a three second pause. By continuing to listen to this message, you acknowledge you are Joseph M. Lynch.  You may dial 1 on your keypad at any time during this communication to speak to a representative immediately.  This is P&B Capital group calling regarding file number 1509583.

**Human Caller:** Hello? Hello? Hello?

August 19, 2010 at 12:15 PM – Pre-Recorded Message
By continuing to listen to this message, you acknowledge you are Joseph M. Lynch.  You may dial 1 on your keypad at any time during this communication to speak to a representative immediately.  This is P&B Capital Group calling regarding file number 1509583.  Federal law requires us to inform you that this communication from a debt collector is an attempt

to collect a debt and any information obtained will be used for that purpose. We now have a settlement offer available to you. Press 1 on your keypad to discuss the matter with one of our representatives immediately or please call us back at 1-888-569-9635 and refer to file number 1509583.  Our office will be open until 9 PM Eastern.  Thank you.  Hello this call is being made in an effort to contact Joseph M. Lynch.  If you are not this person, please hang up now. There will now be a three second pause. By continuing to listen to this message, you acknowledge you are Joseph M. Lynch.  You may dial 1 on your keypad at anytime during this communication to speak to a representative immediately.  This is P&B Capital Group calling regarding file number 1509583.  Federal law requires us to inform you that this communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.

August 19, 2010 at 5:22 PM
Yes, uh, my name is Mike calling from P&B Capital group, um, I'm trying to reach a Joseph Lynch. I need him to call me back at 1-866-660-1627 extension 325. Thank you.

August 20, 2010 at 10:28 AM
This message is uh, solely intended for a Joseph Lynch. My name is Marco Corchado calling from the office of P&B Capital, uh, calling in regards to your file that's here, file number 1509583. Uh, that file's under review and a decision will be made on this file with or without your consent, uh, I do need to speak to you (inaudible) on this matter here in my office, uh, today is the deadline, uh, for their, uh, the decision to be made. If this is something you want to resolve and try to settle, we do have a settlement available for you, uh, up until 4 PM Eastern Standard Time. You can reach me at 1-888-569-9635 and my extension is 138.  Um, like I said I will be here until 4 PM Eastern and uh, refer to your file number when calling which is 1509583. Thank you.

August 21, 2010 at 10:21 AM
This message is for Joseph, this, this is Olivia with the offices of P & B Capital Group. I'm calling in regards to claim number 1509583. I need you to return this call as soon as possible at 1-866-660-1627 extension 262.

August 23, 2010 at 8:11 PM
Hello, this message is for Joseph. This is (inaudible) with the offices of P & B Capital. I'm calling in reference to claim number 1509583 and I need you

to return this call as soon as possible. You can reach me at 1-866-660-1637 extension 262.

August 28, 2010 at 10:39 AM
This message is, uh, solely intended for Joseph Lynch. My name is Mark (inaudible) calling from the office of P & B Capital in regards to your file that's here, file number 1509583. Uh, very important you return the call, um, to, uh, go over that file here in our office. Did send you a letter, uh, there was no response, um, the, uh, client that is, uh, has the rights, uh, to your file that's here in our office. Um, we'll be moving forward, um, on the file with or without your consent. Uh, I will be available here in the office today, um, to speak about that matter up until 1 PM Eastern Standard Time. You can reach me at 1-888-569-9635 and my extension is 138. Thank you.

August 30, 2010
**Pre-Recorded Message:** By continuing to listen to this message, you acknowledge you are Joseph M. Lynch. You may dial 1 on your keypad at any time during this communication to speak to a representative immediately. This is P & B Capital Group calling regarding file number 1509583. Federal Law requires us to inform you that this communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.  We now have a settlement offer available to you. Press 1 on your keypad to discuss the matter with one of our representatives immediately or please call us back at 1-888-569-9635 and refer to file number 1509583. Our office will be open until 1 PM Eastern. Thank you. Hello, this call is being made in an effort to contact Joseph M. Lynch. If you are not this person, please hang up now. There will now be a three second pause. By continuing to listen to this message, you acknowledge you are Joseph M. Lynch. You may dial 1 on your keypad at any time during this communication to speak to a representative.

**Human Caller:** Hi, is Mr. Joseph Lynch available please? Hello? Is Mr. Lynch available please? Mr. Lynch?

August 31, 2010 at 12:38 PM
This message is solely intended for Joseph Lynch. If this is not you, please hang up now. Otherwise, by continuing to listen to this message, you do acknowledge that you are Joseph Lynch. This is Jessica calling with P & B Capital Group. Federal law requires me to inform you that this communication's from a debt collector and is an attempt to collect a debt.

Any information obtained will be used for that purpose. I can be reached toll-free at 800-840-9166 til 9 PM Eastern Standard Time.

September 3, 2010 at 11:09 AM
Call's intended for Joseph Lynch. If you're not this person, please hang up now. By continuing listen to this message, you acknowledge that you are Joseph Lynch. This is Sierra calling from P & B Capital Group. Federal law requires me to inform you that this communication from a debt collector is an attempt to collect a debt, any information obtained will be used for that purpose. Please give me a call at 1-800-840-9166. Thank you.

September 3, 2010 at 12:48 PM
This message is for Joseph Lynch. This is Shannon with the office of P & B. I need for you to return the call at 866-660-1627 at extension 322 and reference to file number 1509583.

September 7, 2010 at 12:28 PM
Yes, this message is for Joseph Lynch. Uh, Joseph this is Tommy with the office of P & B Capital. Mr. Lynch, I need a return call as soon as possible regarding claim 16354-94. Mr. Lynch, if you have any intentions in rectifying this matter here in my office on a voluntary basis, I do need to hear from you immediately. My number is 866-660-1627 extension 339.

September 8, 2010 at 8:14 AM
This message is solely intended for Joseph. If you're not this person, please hang up now. By continuing to listen to this message, you acknowledge that you are Joseph. This is (inaudible) calling from P & B Capital Group. Federal law requires us to inform you that this communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose. Please give me a call back at 800-840-9166. My office will stay open til 9 PM Eastern Standard Time. Thank you.

September 8, 2010 at 10:56 AM
**Pre-Recorded Message:** By continuing to listen to this message, you acknowledge you are Joseph M. Lynch. You may dial 9 on your keypad at any time during this communication to speak to a representative immediately. This is P & B Capital Group calling regarding file number 1509583. Federal Law requires us to inform you that this communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.  Please dial 9 on your keypad now or

13

call us back at 1-888-569-9635 and refer to file number 1509583. Our office will be open until 1 PM Eastern. Thank you. This message is solely intended for Joseph M. Lynch. If you are not this person, please hang up now. There will now be a three second pause. By continuing to listen to this message, you acknowledge you are Joseph M. Lynch. You may dial 9 on your keypad at any time during this communication to speak to a representative immediately. This is P & B Capital Group calling regarding file number 1.

**Human Caller:** Hello? Hello? Hello?

September 9, 2010 at 4:13 PM
**Pre-Recorded Message:** By continuing to listen to this message, you acknowledge you are Joseph M. Lynch. You may dial 9 on your keypad at any time during this communication to speak to a representative immediately. This is P & B Capital Group calling regarding file number 1509583. Federal Law requires us to inform you that this communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.  Please dial 9 on your keypad now or call us back at 1-888-569-9635 and refer to file number 1509583. Our office will be open until 9 PM Eastern Standard Time. Thank you. This message is solely intended for Joseph M. Lynch. If you are not this person, please hang up now. There will now be a three second pause. By continuing to listen to this message, you acknowledge you are Joseph M. Lynch. You may dial 9 on your keypad at any time during this communication to speak to a representative immediately. This is P & B Capital Group calling regarding file number 1509583. Federal Law requires us to inform you that this communication from a debt collector is an attempt to collect a debt and any information obtained will be.

**Human Caller:** Yes, Mr. Fiano's office. How can I help you today?

September 10, 2010 at 4:07 PM
Yeah, again, this message is for, uh, Joseph Lynch. This is Paul Trina calling from P & B Capital. Please return my call today as I do have an important, uh, time sensitive matter of yours in my office. It does need your immediate response. Contact me, til, um, 6 PM today at 716-558-5856 at reference number 1509583. And again, this is a time sensitive matter for, uh, Joseph Lynch. (inaudible) an immediate response. Thank you.

September 14, 2010 at 11:06 AM – Pre-Recorded Message

14

By continuing to listen to this message, you acknowledge you are Joseph M. Lynch. You may dial 9 on your keypad at any time during this communication to speak to a representative immediately. This is P & B Capital Group calling regarding file number 1509583. Federal Law requires us to inform you that this communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose. Please dial 9 on your keypad now or call us back at 1-888-569-9635 and refer to file number 1509583. Our office will be open until 9 PM Eastern. Thank you. This message is solely intended for Joseph M. Lynch. If you are not this person, please hang up now. There will now be a three second pause. By continuing to listen to this message, you acknowledge you are Joseph M. Lynch. You may dial 9 on your keypad at any time during this communication to speak to a representative immediately. This is P & B Capital Group calling regarding file number 1.

September 16, 2010 at 2:24 PM
Message is solely intended for Joseph Lynch. If you're not that person, please hang up now. By continuing to listen to this message, you acknowledge you are Joseph Lynch. Joseph, it's Angela with P & B Capital Group. Federal law requires me to inform you that this communication's from a debt collector and is an attempt to collect a debt where any and all information obtained will be used for that purpose. Contact me at 1-800-840-9166.

September 17, 2010 at 9:45 AM
This message is solely intended for Joseph Lynch. If you're not that person, please hang up now. Continuing to listen to this message acknowledges the face that you are Joseph. This is Roseanne from P & B. Federal law requires me to inform you this communication is an attempt to collect a debt and any information obtained will be used for that purpose. Please return this call to 1-800-840-9166. Thank you.

September 24, 2010 at 2:54 PM
This call is for Joseph M. Lynch. Call Russ with the office of P & B Capital Group. My phone number's 866-660-1627 extension 239. Your claim number in my office 1634894. If you have any intention of handling this voluntarily or would like to leave a statement on your behalf, I need a call back as soon as possible, 866-660-1627 extension 239. Thank you.

September 29, 2010 at 11:44 AM

This is a final attempt to contact Joseph Lynch. Joseph, this is Tony with P & B Capital. Mr. Lynch, we've already sent a final notice out to your last known residence stating the intentions of our office on this matter. If you have any final intentions, sir, you or your attorney can reach me at 866-660-1627 extension 339.

28.    Defendant, P&B CAPITAL, left similar or identical messages for Plaintiff on other occasions. (Collectively, "the telephone messages").

29.    The messages are "communications" as defined by 15 U.S.C. §1692a(2). See _Berg v. Merchs. Ass'n Collection Div_., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

30.    Defendant, P&B CAPITAL, failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of its messages and its name.

31.    Defendant, P&B CAPITAL, knew it was required to disclose that it is a debt collector and the purpose of its communication in telephone messages to Plaintiff.

## FACTUAL ALLEGATIONS REGARDING ADVANCED CREDIT RECOVERY INCORPORATED

32.    Defendant, ACR, sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

33.    Defendant, ACR, left the following messages on Plaintiff's voice mail on his residential telephone on or about the dates stated:

October 6, 2009 at 1:58 PM

16

Hello, this message is for Mr. Joseph Lynch. Joseph, this is (inaudible) calling from ACR Incorporated. I'm calling concerning a pending civil matter in my office that requires your immediate attention. At this point in time it's very important that you return my phone call so we can go ahead and avoid possible litigation, so it's very important that you return my phone call, Mr. Lynch, at 1-877-858-9986. My direct extension is 215 and you'll need to refer to file number 42543. I will be in my office this evening until 9:00 PM Eastern Standard Time. I do need you to return my phone call as soon as possible. Thank you.

November 5, 2010 at 9:17 AM – Pre-Recorded Message
Concerns you. We've attempted to contact you previously and unfortunately have not spoken with you. Please realize that your prompt attention to this matter will be taken into consideration when a final decision is made regarding your file. Should you wish to discuss this matter immediately, please press any telephone key or call 1-877-858-9986 and use reference number 425483.

December 12, 2009 at 2:50 PM – Pre-Recorded Message
This message is meant solely for Joseph Lynch. We need to speak with you regarding a very important pending civil matter that's being handled in our office. Return this call Monday, December 14, after 8:00 AM Eastern time to 1-800-226-7413. Again, 1-800-226-7413. Do not ignore this matter. When calling back refer to file number 425483.

December 20, 2009 at 2:10 PM – Pre-Recorded Message
This message is meant solely for Joseph Lynch. We need to speak with you regarding a very important pending civil matter that's being handled in our office. Return this call, Monday, December 14, after 8:00 AM Eastern time to 1-800-226-7413. Again, 1-800-226-7413. Do not ignore this matter. When calling back, refer to file number 425483.

34.     Defendant, ACR, left similar or identical messages on other

occasions. (Collectively, "the telephone messages").

17

35.     The messages are "communications" as defined by 15 U.S.C. §1692a(2). See _Berg v. Merchs. Ass'n Collection Div_., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

36.     Defendant, ACR, failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages and failed to disclose its name.

37.     Defendants have not filed any civil action against Plaintiff regarding the alleged debt.

38.     Defendant, ACR, intentionally hid the identity of its principal NATIONAL CREDIT from Plaintiff.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR REGARDING P&B CAPITAL GROUP, LLC

39.     Plaintiff incorporates Paragraphs 1 through 38.

40.     Defendant, P&B CAPITAL, failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See _Foti v. NCO Fin. Sys_., 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and _Belin v. Litton Loan Servicing_, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and _Leyse v. Corporate Collection Servs._, 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants, P&B CAPITAL and NATIONAL CREDIT for:

a.    Damages;

b.    Attorney's fees, litigation expenses and costs of suit; and

c.    Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR REGARDING ADVANCED CREDIT RECOVERY, INCORPORATED

41.    Plaintiff incorporates Paragraphs 1 through 38.

42.    Defendant, ACR, failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and *Leyse v. Corporate Collection Servs.*, 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants, ACR and NATIONAL CREDIT for:

a.    Damages;

b.    Attorney's fees, litigation expenses and costs of suit; and

c.    Such other or further relief as the Court deems proper.

## COUNT III
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY REGARDING P&B CAPITAL GROUP, LLC

43.    Plaintiff incorporates Paragraphs 1 through 38.

19

44.    Defendant, P&B CAPITAL, placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); Wright v. Credit Bureau of Georgia, Inc., 548 F. Supp. 591, 593 (D. Ga. 1982); and Hosseinzadeh v. M.R.S. Assocs., 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants, P&B CAPITAL and NATIONAL CREDIT for:

a.    Damages;

b.    Attorney's fees, litigation expenses and costs of suit; and

c.    Such other or further relief as the Court deems proper.

## COUNT IV
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY REGARDING ADVANCED CREDIT RECOVERY, INCORPORATED

45.    Plaintiff incorporates Paragraphs 1 through 38.

46.    Defendant, ACR, placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-

61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); Wright v. Credit Bureau of Georgia, Inc., 548 F. Supp. 591, 593 (D. Ga. 1982); and Hosseinzadeh v. M.R.S. Assocs., 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants, ACR and NATIONAL CREDIT for:

        a.     Damages;

        b.     Attorney's fees, litigation expenses and costs of suit; and

        c.     Such other or further relief as the Court deems proper.

## COUNT V
## FALSE IMPLICATION OF LITIGATION AND OR THE NEED FOR LEGAL COUNSEL REGARDING ADVANCED CREDIT RECOVERY, INCORPORATED

47.     Plaintiff incorporates Paragraphs 1 through 38.

48.     Defendant, ACR's, messages falsely, deceptively and misleadingly implied the existence or imminence of litigation and or that Plaintiff needed legal counsel because of the gravity of the situation in violation of 15 U.S.C §1692e.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants, ACR and NATIONAL CREDIT for:

        a.     Damages;

        b.     Attorney's fees, litigation expenses and costs of suit; and

        c.     Such other or further relief as the Court deems proper.

## COUNT VI

## <u>HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT REGARDING ADVANCED CREDIT RECOVERY, INCORPORATED</u>

49.     Plaintiff incorporates Paragraphs 1 through 38.

50.     By claiming the existence of a pending civil matter, which cannot be ignored in Defendant's December 20, 2009 message, along with Defendant, ACR's, other messages, can reasonably be expected to abuse or harass Plaintiff in violation of Fla. Stat. §559.72(7).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants, ACR and NATIONAL CREDIT, for:

    a.     Damages;

    b.     Attorney's fees, litigation expenses and costs of suit; and

    c.     Such other or further relief as the Court deems proper.

### <u>JURY DEMAND</u>

Plaintiff demands trial by jury.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com

By: s/ Donald A. Yarbrough

22

Donald A. Yarbrough, Esq.
Florida Bar No. 0158658