UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOSEPH LYNCH,

    Plaintiff,

v.        Case No.: 11-CV-61433-WJZ

P&B CAPITAL GROUP, LLC,
ADVANCED CREDIT RECOVERY INCORPORATED,
and NATIONAL CREDIT ADJUSTERS, LLC,

    Defendant.
_____/

## DEFENDANT'S RULE 7.1 DISCLOSURES

Defendant, P&B Capital Group, LLC, pursuant to Federal Rule of Civil Procedure 7.1, hereby states that P&B Capital Group, LLC is a privately held corporation. There is no publicly held entity that owns ten percent or more of P&B Capital Group, LLC's stock.

Dated July 13, 2011

    Respectfully Submitted,

/s/ Barbara A. Sinsley_____
Barbara A. Sinsley
FBN: 844810
Barron, Newburger & Sinsley, PLLC
205 Crystal Grove Blvd., Suite 102
Lutz, FL 33548
Telephone: 813-500-3636
Facsimile: 813-949-6163
Email: bsinsley@bns-law.com
Attorney for P&B Capital Group, LLC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via U.S. Mail or by the Court's CM/ECF system on July 13, 2011 which will send electronic filing to: Mr. Donald A. Yarbrough, P.O. Box 11842, Ft. Lauderdale, FL 33339.

/s/ Barbara A. Sinsley_____
Barbara A. Sinsley