UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61433-Civ-Zloch/Rosenbaum

JOSEPH LYNCH,

    Plaintiff,

v.

P & B CAPITAL GROUP, LLC, ADVANCED CREDIT RECOVERY INCORPORATED, AND NATIONAL CREDIT ADJUSTERS, LLC,

    Defendants.
_____/

## **NOTICE TO CLERK TO SELECT A MEDIATOR**

    As required by the Court's Order of Referral To Mediation, (DE 18), Plaintiff, Joseph Lynch, notifies the Clerk that the parties have been unable to agree on a selection of mediator and Plaintiff requests the Clerk select a mediator from the list of Certified Mediators on a blind rotation basis.

    Respectfully submitted,

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Fort Lauderdale, Florida 33339
    Telephone: (954) 537-2000
    Facsimile: (954) 566-2235
    donyarbrough@mindspring.com

    s/Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61433-Civ-Zloch/Rosenbaum

JOSEPH LYNCH,

    Plaintiff,

v.

P & B CAPITAL GROUP, LLC, ADVANCED CREDIT RECOVERY
INCORPORATED, AND NATIONAL CREDIT ADJUSTERS, LLC,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on November 18, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              s/Donald A. Yarbrough
                                              Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Barbara Fernandez, Esq.
Hinshaw & Culbertson, LLP
Suite 1600
9155 South Dadeland Boulevard
Miami, FL 33156-2741
Telephone: 305-428-5031
Facsimile: 305-577-1063

Via Notices of Electronic Filing generated by CM/ECF