UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61433-Civ-Zloch/Rosenbaum

JOSEPH LYNCH,

    Plaintiff,

v.

P & B CAPITAL GROUP, LLC,
ADVANCED CREDIT RECOVERY INCORPORATED,
AND NATIONAL CREDIT ADJUSTERS, LLC,

    Defendants.
_____/

## SATISFACTION OF JUDGMENT

The undersigned owner and holder of a Final Judgment (DE 28 ) entered January 24, 2012 against, P & B Capital Group, LLC, acknowledges that full payment thereof has been received and the Judgment is satisfied.

_____
Joseph Lynch

STATE OF FLORIDA    )
    )
COUNTY OF BROWARD  )

The foregoing Satisfaction of Judgment was acknowledged before me this __5__ day of __April__, 2012 by Joseph Lynch, who is personally known to me or who produced _____ as identification and who did/did not take an oath.

_____
NOTARY PUBLIC, State of Florida

My Commission Expires:



SANDRA W. FILLICHIO
Notary Public - State of Florida
My Comm. Expires May 16, 2016
Commission # EE 177023

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61433-Civ-Zloch/Rosenbaum

JOSEPH LYNCH,

     Plaintiff,

v.

P & B CAPITAL GROUP, LLC,
ADVANCED CREDIT RECOVERY INCORPORATED,
AND NATIONAL CREDIT ADJUSTERS, LLC,

     Defendants.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 5, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        s/Donald A. Yarbrough
                                        Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Barbara Fernandez, Esq.
Hinshaw & Culbertson, LLP
Suite 1600
9155 South Dadeland Boulevard
Miami, FL 33156-2741
Telephone: 305-428-5031
Facsimile: 305-577-1063

Via Notices of Electronic Filing generated by CM/ECF